Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HORTENSE SALLY YBARRA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HORTENSE SALLY YBARRA,<br><br>               Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>               Defendants. | Case No. CV11-00324-PSG<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [XXXXXXXXXX)] ORDER**<br><br>Date:        April 19, 2011<br>Time:       2:00 p.m.<br>Judge:      Honorable Paul S. Grewal<br>Courtroom: 5, 4th Floor<br>Place:       280 South First Street<br>               San Jose, California |

      Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for April 19, 2011. Defendant in this case was served on March 28, 2011, making Defendant's Answer or other responsive pleading due on or before April 18, 2011. In light of the forgoing, Plaintiff requests that the Case Management Conference be continued for sixty (60) days.

                                                                            CONSUMER LAW CENTER, INC.

Dated: March 31, 2011                         By: /s/ Fred W. Schwinn
                                                                              Fred W. Schwinn, Esq.
                                                                               Attorney for Plaintiff
                                                                               HORTENSE SALLY YBARRA

1  [PROPOSED] ORDER

2  Having considered the Plaintiff's Request to Continue Case Management Conference, the
3  request is GRANTED. A Case Management Conference shall be held on __May 24, 2011__, at 2:00
4
5  a.m. in Courtroom 5.
                             Joint  PSG
6  Plaintiff shall file a Case Management Statement no later than __May 17, 2011__.

7
8  Dated: __April 4, 2011__  
                                                       _Paul S. Grewal_ (signature)
9  Honorable Paul S. Grewal  
   United States Magistrate Judge