Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HORTENSE SALLY YBARRA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HORTENSE SALLY YBARRA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 5:11-CV-00324-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER AWARDING ATTORNEY FEES AND COSTS** |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

　　　　1.　　Plaintiff's Motion for Attorney Fees and Costs shall be granted in the amount of $4,649.70 . Said amount is calculated as follows:

　　　　　　a.　　$4,200.00 in reasonable attorney fees (12 hours @ $350.00/hour); and

　　　　　　b.　　$449.70 in costs.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

---
- 1 -
STIPULATION AND ORDER AWARDING ATTORNEY FEES AND COSTS
Case No. 5:11-CV-00324-EJD-PSG

1    Dated: September 30, 2011            CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorneys for Plaintiff
    HORTENSE SALLY YBARRA

Dated: September 30, 2011            KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Candice L. Fields
    Candice L. Fields, Esq.
    Attorney for Defendant
    PATENAUDE & FELIX, A
    PROFESSIONAL CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.
This Order TERMINATES Plaintiff's Motion for Attorney Fees and Costs (Docket Item No. 19).

Dated: October 6, 2011            _____
                                          The Honorable Edward J. Davila
                                          United States District Judge